UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL BLACHANIEC,

    Plaintiff,

v.                                          Case No. 8:09-cv-1531-T-30TBM

WESTSHORE PIZZA SOUTHSIDE, INC.
and DAVID M. ROSE, JR.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #7). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 8, 2010.

*(signed)* JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1531.dismissal.wpd